UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL PENDERGRASS,

                Plaintiff,

                                            ORDER
     v.                                       03-CV-243A

T. SANNEY, Correctional Officer, et al.,

                Defendants.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On February 13, 2008, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that plaintiff's motion for a default judgment be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, plaintiff's motion for a default judgment is denied.

        This case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

                                             s/ *Richard J. Arcara*
                                             HONORABLE RICHARD J. ARCARA
                                             CHIEF JUDGE
                                             UNITED STATES DISTRICT COURT

DATED:  March 7, 2008